# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

June 18, 2013

YiLing Chen-Josephson
Associate
(212) 336-2532
Direct Fax (212) 336-1243
ychenjosephson@pbwt.com

**Via ECF and U.S. Mail**

The Honorable Sandra J. Feuerstein
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: **Wahab v. The Estée Lauder Companies Inc., No. CV 12-3932 (SJF)(AKT)**

Dear Judge Feuerstein:

      We represent defendant The Estée Lauder Companies Inc. ("Estée Lauder") in the above-referenced action, which was transferred to you after Judge Bianco recused himself on May 16, 2013. The parties are scheduled to appear before you for a pretrial conference on July 9, 2013, by which date all discovery must be completed.

      We understand that you normally require a joint pretrial order to be submitted 15 days prior to a pretrial conference. In light of the fact that discovery and depositions will not yet be completed at the time of the conference, we are writing to request that we be permitted to file the pretrial order prior to trial, rather than before the July 9, 2013 pretrial conference.

      Respectfully submitted,

/s/ YiLing Chen-Josephson
YiLing Chen-Josephson

cc: Chassib Kassim Wahab
     Plaintiff Pro Se
     25 Hargrove Drive
     Stony Brook, NY 11790

6312835v.1